JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BORGERDING,<br><br>         Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; JOHN F. SALAZAR, WARDEN; THE ALFRED WINFIELD & JOYCE NADINE GORTON TRUST Dated 8-6-08, and JOYCE N. GORTON, as an Individual and as Trustee, as Beneficiaries and Successors in Interest of the Estate of ALFRED W. GORTON, Deceased; GEORGE VON MOHR, D.D.S.; and Does 3 through 10,<br><br>         Defendants. | Case No. EDCV 07-00581-DTB<br><br>[~~PROPOSED~~]JUDGMENT ON JURY VERDICT<br><br><br><br>ACTION FILED: 5/15/07<br>TRIAL:             12/16/14<br>COURTROOM:   4<br>MAG. DAVID T. BRISTOW |

This action was tried by a jury with Judge David T. Bristow presiding, and the jury has rendered a verdict.

IT IS ORDERED THAT:

ANDREW BORGERDING recovers from Defendants THE ALFRED WINFIELD & JOYCE NADINE GORTON TRUST DATED 8-6-08; JOYCE GORTON, as an individual and as Trustee, as Beneficiaries and Successors in Interest

1  of the Estate of ALFRED W. GORTON, deceased the amount of $50,000 with interest
2  at the rate of .23%, along with costs.
3      As to Defendant GEORGE VON MOHR, D.D.S., the Plaintiff recovers
4  nothing.

6  DATE: January 7, 2015

*[signature]*
_____
United States Magistrate Judge